IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:10-CR-55-WKW |
| | ) | [WO] |
| THERRAL HATFIELD | ) | |

## **ORDER**

Defendant has filed a *pro se* motion for compassionate release in which he seeks to modify an imposed term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). (Doc. # 37.) Based upon binding Eleventh Circuit precedent, *see United States v. Bryant*, 996 F.3d 1243 (11th Cir. 2021), Mr. Hatfield has not made the requisite showing of extraordinary and compelling reasons warranting compassionate release under § 3582(c)(1)(A)(i). The grounds he argues for release do not fall within the extraordinary and compelling reasons delineated by the policy statement in U.S.S.G. § 1B1.13, which governs motions under § 3582(c)(1)(A).

Accordingly, it is ORDERED that Mr. Hatfield's motion for compassionate release (Doc. # 37) is DENIED.

DONE this 28th day of April, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE